IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                    4:07CR00168-01-WRW

RODNEY LAVELL THOMAS

### CLERK'S MINUTES - CHANGE OF PLEA

On November 25, 2008, the above named defendant appeared in person before the Honorable Bill Wilson, United States District Judge, with Lisa Peters, counsel appointed by the court, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count 1 of the Indictment.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    WHEREUPON:

(  )    The Court proceeded to pronounce sentence.

( X )    The Court postponed sentencing until Friday, March 6, 2009 at 11:30 a.m..

( X )    The defendant was allowed to remain on present bond until that time.

(  )    The defendant was remanded into the custody of the U.S. Marshal until sentencing.

    Count dismissed on the motion of the AUSA:   N/A

Court Reporter -  C. Newburg                                Begin:4:31 p.m.
Courtroom Deputy -  M. Johnson                       End:4:43 p.m.
Interpreter - N/A

**Court Exhibit A - Filed Under Seal**